UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

AARON WILLIAMS, III,

        Defendant/Judgment Debtor,

   v.

MILES SAND & GRAVEL,

        Garnishee.

Case No. MC19-0129RSL

ORDER

This matter comes before the Court on defendant/judgment debtor's request for a hearing in the above-captioned garnishment action. Dkt. # 7. In light of defendant/judgment debtor's objections, the Clerk of Court is directed to give this matter a civil action number and assign it in rotation. Pursuant to 28 U.S.C. § 3202(d) and § 3205(c)(5), the requested hearing is to be held as soon as practicable. The Writ of Garnishment shall remain in effect during the pendency of this action, but judgment shall not be entered absent further order of the Court.

Dated this 11th day of October, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER